# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 2:19-cv-01397-MCE-EFB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| URBAN COMMONS RIVERSIDE BLVD. LLC, | |
| Defendant. | |

In accordance with the parties' stipulation, and good cause appearing, the above entitled matter is hereby dismissed, with prejudice, each party to bear their own fees and costs. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: May 11, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE